UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANGELICA  GUAMAN  YUPANGUI                         JUDGMENT
                                                                              15-CV- 7127 (PKC)
                              Plaintiff,

    -against-

CUSTOM COOKIES, INC. d/b/a CUSTOM
COOKIES and TOVI  GREENFELD,

                              Defendants.
-----------------------------------------------------------X

        Defendants Custom Cookies, Inc. d/b/a Custom Cookies and Tovi Greenfeld having offered Plaintiff Angelica Guaman Yupangui to take a judgment against them in this action in the amount of $45,000.00, representing full payment for all of Plaintiff's claims, including but not limited to Plaintiff's claims for lost income, unpaid wages, liquidated damages, penalties, and inclusive of all reasonable costs and fees, including but not limited to reasonable attorneys' fees, actually incurred, to which Plaintiff is entitled to by law; it is

        ORDERED and ADJUDGED that judgment is hereby entered pursuant to Rule 68 of the Federal Rules of Civil Procedure in favor of Plaintiff Angela Guaman Yupangui and against Defendants Custom Cookies, Inc. d/b/a Custom Cookies and Tovi Greenfeld in the amount of $45,000.00, representing full payment for all of Plaintiff's claims, including but not limited to Plaintiff's claims for lost income, unpaid wages, liquidated damages, penalties, and inclusive of all reasonable costs and fees, including but not limited to reasonable attorneys' fees, actually incurred, to which Plaintiff is entitled to by law.

        That Plaintiff's acceptance of this offer is in full satisfaction and settlement oof all

**JUDGMENT** 15-CV-7127 (PKC)

clams that are, could have been or could be asserted by Plaintiff against Defendants in this action; that this offer is made for purposes specified in Federal Rules of Civil Procedure 68 only, and neither this offer nor any judgment resulting from this offer may construed as an admission (a) of any liability on the part of Defendants; or (2) that Plaintiff suffered any damage.

| | |
|---|---|
| Dated: Brooklyn, New York<br>November 04, 2016 | Douglas C. Palmer<br>Clerk of Court |
| | by:  /s/ Janet Hamilton<br>Deputy Clerk |